UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:    07-cv-01039-WYD-BNB

HILDEGARD B. HERRIAGE,

      Plaintiff,

v.

TIMOTHY A. DUNN, D.O.; and
SPECTRUM HEALTHCARE RESOURCES, INC., a Delaware Corporation,

      Defendants.

---

## ORDER OF DISMISSAL OF DEFENDANT TIMOTHY A. DUNN, D.O. PURSUANT TO F.R.C.P. 12(b)(1)

---

THIS MATTER comes before the Court on Defendant Timothy A. Dunn, D.O.'s

Unopposed Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) [# 3], filed May 30, 2007.

After carefully reviewing the file in this matter and being fully advised in the premises, I find

that this unopposed motion should be granted.   Accordingly, it is

ORDERED that Defendant Timothy A. Dunn, D.O.'s Unopposed Motion to Dismiss

Pursuant to F.R.C.P. 12(b)(1) [# 3] is **GRANTED.**  It is

FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED** against Defendant

Timothy A. Dunn, D.O. on the basis that the Court lacks subject matter jurisdiction due to

the lack of complete diversity amongst the parties.

-1-

Dockets.Justia.com

Dated:  June 1, 2007

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge