IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Case No. 07-cv-01039-WYD-BNB

HILDEGARD B. HERRIAGE,

    Plaintiff,

vs.

TIMOTHY A. DUNN, M.D., and
SPECTRUM HEALTHCARE RESOURCES, INC.,
A DELAWARE CORPORATION,

    Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT SPECTRUM HEALTHCARE RESOURCES, INC.
PURSUANT TO F.R.C.P. 12(b)(1)**

THIS MATTER comes before this Court on the Unopposed Motion to Dismiss Defendant Spectrum Healthcare Resources, Inc. Pursuant to F.R.C.P. 12(b)(1) [# 5], filed June 1, 2007.  The Court, having reviewed this motion and the file, and being fully advised in the premises, finds that this motion should be granted.  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Defendant Spectrum Healthcare Resources, Inc. Pursuant to F.R.C.P. 12(b)(1) [# 5] is **GRANTED.**  It is

FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** against Defendant Spectrum Healthcare Resources, Inc. on the basis that the Court lacks subject matter jurisdiction due to the lack of complete diversity amongst the parties.

Dated: June 4, 2007

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge